PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for JOHN CAREN**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAREN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | **CASE NO.:   2:17-CV-02010-EFB**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of March 26, 201**8**.  I have one other motion summary judgments due on the same day as well as nine hearings this month. The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

1 | This is the 1st request for extension by plaintiff.
2 |
3 | Dated: 2/15/18　　　　　　　　　　　　/s/ *Peter Brixie*
　　　　　　　　　　　　　　　　　　　　PETER BRIXIE
4 | 　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
5 |
　　　　　　　　　　　　　　　　　　　　MCGREGOR W. SCOTT
6 | 　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
7 | 　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　Social Security Administration
8 |
9 | Dated: 2/15/18　　　　　　　　By:　　　/s/ *Sharon Lahey*
　　　　　　　　　　　　　　　　　　　　SHARON LAHEY
10 | 　　　　　　　　　　　　　　　　　Special Assistant U. S. Attorney
　　　　　　　　　　　　　　　　　　　 Attorney for Defendant

　　　　　　　　　　　　　____ooo__

APPROVED AND SO ORDERED

Dated: February 15, 2018.

　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION